

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-11-00701-CV

Trial Court Cause
Number:     11DCV187301

Style:     Glenn Blair

**v** Angela McClinton

Date motion filed[*]:     September 4, 2013

Type of motion:     Motion to add document

Party filing motion:     Appellant, Glenn Blair

Document to be filed:

Is appeal accelerated? ☐ YES   ☒ NO

Ordered that motion is:

☐ Granted

If document is to be filed, document due: _____

☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

☒ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

Judge's signature: /s/ Evelyn V. Keyes

☒ Acting individually   ☐ Acting for the Court

Panel consists of  Justices Keyes, Sharp, and Huddle.

Date: October 8, 2013